IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| NOVASTAR FINANCIAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1012-CV-W-DW |
| | ) | |
| NATIONSFIRST LENDING, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff has submitted its notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i) (Doc. 3). Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: November 14, 2005